IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONTAE EUGENE ROBINSON, :
:
    Petitioner :
:   CIVIL NO. 3:17-CV-1696
v. :
:   (Judge Caputo)
SUPERINTENDENT LAUREL :
HARRY, et al., :
:
    Respondents :

ORDER

**AND NOW**, this **17th** day of **DECEMBER 2019**, upon consideration of Mr. Robinson's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and the parties' briefs, based on the accompanying Memorandum, it is **ORDERED** that:

1. The Petition (ECF No. 1) for a writ of habeas corpus filed under 28 U.S.C. § 2254 is **DISMISSED** as time-barred.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

                                       /s/ A. Richard Caputo
                                       **A. RICHARD CAPUTO**
                                       **United States District Judge**